UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KRYSTAL G. EMANUEL and <br> NORBERTO A. EMANUEL, <br>       Plaintiffs, <br> <br> v. <br> <br> U.S. BANK N.A., as Trustee for holders of <br> J.P. Morgan Mortgage Acquisition Trust <br> 2006-CH2 Asset-Backed Pass-Through <br> Certificates, Series 2006-CH2, and <br> SELECT PORTFOLIO SERVICING, INC., <br>       Defendants. | Case No.: 1:19-cv-00179-WES-PAS |

## CORPORATE DISCLOSURE STATEMENT OF
## SELECT PORTFOLIO SERVICING, INC.

Defendant Select Portfolio Servicing, Inc., by its undersigned counsel, makes the following Corporate Disclosure Statement: Select Portfolio Servicing, Inc. is a corporation organized under the laws of the State of Utah, and is a wholly owned subsidiary of SPS Holding Corp., which is not a publicly traded corporation and is organized under the laws of the State of Delaware. SPS Holding Corp. is wholly owned by Credit Suisse (USA), Inc., which is not a publicly traded corporation and is organized under the laws of the State of Delaware.

                                                Respectfully submitted,

                                                **SELECT PORTFOLIO SERVICING, INC.,**

                                                By its attorneys,

                                                /s/ Peter F. Carr, II
                                                Peter F. Carr, II (R.I. Bar #5343)
                                                **ECKERT SEAMANS CHERIN & MELLOTT, LLC**
                                                Two International Place, 16th Floor
                                               Boston, MA 02110-2602
                                               Telephone: 617.342.6800
                                               Facsimile: 617.342.6899
                                               pcarr@eckertseamans.com

Dated: April 8, 2019

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date the foregoing document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those parties which are as non-registered participants as well as to counsel of record in the state court proceedings:

      Michael J Furtado (#4614)
      1319 Cranston Street, Cranston, RI 02920-6719
      (401) 943-1732
      furtadolaw@gmail.com

      /s/ Peter F. Carr, II
      Peter F. Carr, II

Dated: April 8, 2019