UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KRYSTAL G. EMANUEL and<br>NORBERTO A. EMANUEL,<br>           Plaintiffs,<br><br>v.<br><br>U.S. BANK N.A., as Trustee for holders of<br>J.P. Morgan Mortgage Acquisition Trust<br>2006-CH2 Asset-Backed Pass-Through<br>Certificates, Series 2006-CH2, and<br>SELECT PORTFOLIO SERVICING, INC.,<br>           Defendants. | Case No.: 1:19-cv-00179-WES-PAS |

## CORPORATE DISCLOSURE STATEMENT
## OF U.S. BANK NATIONAL ASSOCIATION

Defendant U.S. Bank N.A., as Trustee for holders of J.P. Morgan Mortgage Acquisition Trust 2006-CH2 Asset-Backed Pass-Through Certificates, Series 2006-CH2 (the "Trust"), by its undersigned counsel, hereby makes the following Corporate Ownership Statement: U.S. Bank National Association is a national banking association with its principal place of business in Minneapolis, Minnesota, and U.S. Bank National Association is a wholly-owned subsidiary of U.S. Bancorp.

                                                                   Respectfully submitted,
                                                                   **U.S. BANK N.A., AS TRUSTEE,**
                                                                   By its attorneys,

                                                                   /s/ Peter F. Carr, II
                                                                   Peter F. Carr, II (R.I. Bar #5343)
                                                                   **ECKERT SEAMANS CHERIN & MELLOTT, LLC**
                                                                   Two International Place, 16th Floor
                                                                   Boston, MA 02110-2602
                                                                   Telephone: 617.342.6800
                                                                   Facsimile: 617.342.6899
                                                                   pcarr@eckertseamans.com

Dated: April 8, 2019

## CERTIFICATE OF SERVICE

      I hereby certify that on this date the foregoing document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those parties which are as non-registered participants as well as to counsel of record in the state court proceedings:

      Michael J Furtado (#4614)
      1319 Cranston Street, Cranston, RI 02920-6719
      (401) 943-1732
      furtadolaw@gmail.com


      /s/ Peter F. Carr, II
      Peter F. Carr, II

Dated: April 8, 2019