# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ROBERTO A. EMANUEL, et al.
     Plaintiff,

     v.                                                C.A. No. 19-179-MSM-PAS

SELECT PORTFOLIO SERVICING, INC., et al.
     Defendants.

## **JUDGMENT**

     This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged and decreed as follows:

     Pursuant to this Court's order entered on December 9, 2019, the judgment is hereby entered dismissing this matter in accordance with Fed. R. Civ. P. 58.

     It is so ordered.

December 9, 2019                              By the Court:

                                                      /s/ Hanorah Tyer-Witek.
                                                      Clerk of Court