US DISTRICT COURT
DISTRICT OF RHODE ISLAND (PROVIDENCE)

NORBERTO
~~SCOTT~~ A. EMANUEL

KRYSTAL G. EMANUEL
PLAINTIFF

V.

SELECT PORTFOLIO SERVICING INC.

US BANK, NA
AS TRUSTEE OF HOLDER J.P. MORGAN
THROUGH ATTORNEY

ECKERT, SEAMAN, CHERIN & MELLOTT, LLC
2 INTERNATIONAL PLACE 16th FLOOR
BOSTON, MA. 02110

CASE NO.: 1:19-CV-00179-MSM-PAS

FILED
2024 FEB 12 P 1:41
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## MOTION TO REINSTATE

COME NOW PLAINTIFF, TO DEMAND THIS COURT TO REOPEN PLAINTIFF, CASE, THE DEFENDANT FAIL OR REFUSED TO NOTIFY PLAINTIFF OF THIS REMOVAL. PLAINTIFF LEARNED OF THIS ACTION DUE SOMEONE COMING TO THE HOMESTEAD CLAIMING TO HAVE PURCHASED THE PROPERTY IN A ILLEGAL FORECLOSURE SALE, AND NOW PLAINTIFF DEMAND THIS COURT REOPEN THIS CASE SO THAT IT MAY BE PROPERLY ADJUDICATED AND THE PLAINTIFF CAN PROPERLY DEFEND ITS OWNERSHIP POSITION.

RESPECTFULLY SUBMITTED

Nubet G Emanuel / AGENT 2/12/24
UCC 1-308

111 Dexter Road. #121
EAST PROVIDENCE, R.I.

# CERTIFICATE OF SERVICE

I CERTIFY THAT ON FEBRUARY 12, 2024, A COPY OF THIS FILING IS MAILED TO ALL PARTIES.

SERVE THROUGH ATTORNEY:

ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
2 INTERNATIONAL PLACE, 16th FLOOR
BOSTON, MA 02110

MAIL BY:

Norbert Emanuel